## Urbana and Champaign Electric Street Railway Company v. Minnie Elsemiller.

1. APPELLATE COURT PRACTICE.— *Reversal on Failure to File Briefs.* —When the appellee fails to file briefs, the Appellate Court will reverse and remand the case.

**Trespass on the Case,** for personal injuries. Appeal from the Circuit Court of Champaign County; the Hon. FRANCIS M. WRIGHT, Judge, presiding. Heard in this court at the May term, 1895. Reversed and remanded under the rule, for failure to file briefs. Opinion filed June 5, 1895.

GERE & PHILBRICK, attorneys for appellant.

PER CURIAM.

The appellee having failed to file a brief as required by the rule of this court the judgment will, for that reason, be reversed and the cause remanded.